NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1234, -1235

NUCOR CORP. and STEEL DYNAMICS, INC.,

Plaintiffs-Appellants,

and

THYSSENKRUPP STEEL AG, THYSSENKRUPP STEEL N.A., INC.,
SALZGITTER AG STAHL UND TECHNOLOGIE, and AK STEEL CORP.,

Plaintiffs,

and

UNITED STATES STEEL CORP.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

JFE STEEL CORPORATION, KOBE STEEL LTD., NIPPON STEEL CORPORATION,
NISSHIN STEEL CO., LTD., and SUMITOMO METAL INDUSTRIES, LTD.,

Defendants-Appellees,

and

BLUESCOPE STEEL AMERICAS LLC and BLUESCOPE STEEL LIMITED,

Defendants-Appellees,

and

ARCELORMITTAL USA, INC.,

Defendant,

and

ARCELORMITTAL DOFASCO, INC.,

Defendant-Appellee.

Appeals from the United States Court of International Trade in Consolidated case no. 07-00071, Judge Gregory W. Carman.

ON MOTION

Before PROST, <u>Circuit Judge</u>.

<u>O R D E R</u>

Chrysler Group LLC, Ford Motor Company, General Motors Company, Honda of America Mfg., Inc., Honda Trading America Corporation, Nissan North America, Inc., and Toyota Motor North America, Inc. move for leave to file a brief amicus curiae. Nucor Corporation, Steel Dynamics, Inc., and United States Steel Corporation oppose. The movants reply.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

AUG 3 1 2009
_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Alan H. Price, Esq.
     James C. Hecht, Esq.
     Richard P. Ferrin, Esq.
     Lynn M. Fischer Fox, Esq.
     J. Christopher Wood, Esq.
     David B. Fishberg, Esq.
     Mark S. McConnell, Esq.
s17



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 3 1 2009

JAN HORBALY
CLERK

2009-1234. -1235                                              2